## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ARTHUR R. HOLLOWAY JR.,** | § | |
| **TDCJ #02037836,** | § | |
| **Plaintiff,** | § | |
| | § | **SA-20-CV-01226-XR** |
| **v.** | § | |
| | § | |
| | § | |
| **FRANK STENGEL, Individual Capacity,** | § | |
| **Assistant Warden – John B. Connally Unit;** | § | |
| **ET AL.,** | § | |
| **Defendants.** | § | |

### FINAL JUDGMENT

Before the Court is the above–entitled cause. Based upon review of this Court's Order granting summary judgment in favor of Defendants and denying Plaintiff Arthur R. Holloway Jr.'s motion for summary judgment, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** and Plaintiff Arthur R. Holloway Jr.'s claims against Defendants are **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff Arthur R. Holloway shall take nothing in this cause against Defendants.

**IT IS FURTHER ORDERED** that Plaintiff Arthur R. Holloway's motion for summary judgment is **DENIED**.

**IT IS FINALLY ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

It is so **ORDERED**.

SIGNED this 21st day of July, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE